UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NAGENDRA KUMAR NAKKA; et al., | No. 22-35203 |
| Plaintiffs-Appellants, | D.C. No. 3:19-cv-02099-YY<br>District of Oregon,<br>Portland |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES DEPARTMENT OF STATE, | ORDER |
| Defendants-Appellees. | |

Before: M. SMITH, FORREST, and SUNG, Circuit Judges.

This case has been fully briefed, argued, and taken under submission. The court has subsequently determined that it would be aided in reaching a decision by supplemental briefs from the parties addressing whether 8 U.S.C. § 1252(a)(2)(B)(i) precludes judicial review of any or all of Plaintiff-Appellants' Equal Protection and Administrative Procedure Act claims, which were not raised in a petition for review of a final order of removal. Specifically, the court directs the parties to address the application of § 1252(a)(2)(B)(i) in light of *Patel v. Garland*, 142 S. Ct. 1614 (2022), and *McNary v. Haitian Refugee Center, Inc.*, 498 U.S. 479, 492 (1991).

In light of the potentially broad impact and significance of this jurisdictional issue, the Court would benefit from amicus curiae briefing on this issue. We invite

the group of Immigration Law Professors represented by Laura McNally, Esq. of Loeb & Loeb, LLP in Chicago, Illinois, to submit an amicus brief along with the parties' supplemental briefing.

The parties' and amicus' supplemental briefs shall be no longer than twenty-five pages or 6,250 words and shall be submitted no later than 45 days after the filing date of this order. The parties and amicus may file briefs in reply within 21 days of service of the supplemental briefs. Reply briefs shall be no longer than 15 pages or 3,750 words.